UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

Frozen Wheels, LLC,  Chapter 7
B''H Frozen Wheels, LLC,  Case No.: 22-18638-LMI

    Debtor.
_____/
Maria M. Yip, Trustee

    Plaintiff,

v.  Adv. Proc. No.: 24-01482-LMI

Enrique Sebastian Tettamanti a/k/a Sebastian Tettamanti,

    Defendant.
_____/

## REPORT OF MEDIATOR

The undersigned mediator reports to the Court as follows:

1. A video mediation conference was conducted on September 17, 2025.
2. All of the parties or their representatives were present.
3. The conference resulted in an impasse.

    Respectfully submitted,

    SHRAIBERG PAGE, P.A.
    2385 NW Executive Center Drive, #300
    Boca Raton, Florida 33431
    Telephone: 561-443-0800
    Email: jpage@slp.law
    Secondary Email: pmouton@slp.law

    By:   /s/ John E. Page_____
        John E. Page
        Florida Bar No. 0860581

4902-2069-5660, v. 1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on September 26, 2025.

By: _/s/ John E. Page_

4902-2069-5660, v. 1